UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Mineral Point Consulting LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Benhti Economic Development Corporation,<br><br>    Defendant. | Case No. 2:25-cv-868<br><br>RULE 7.1 DISCLOSURE STATEMENT |

The undersigned counsel of record for Mineral Point Consulting LLC provides the following disclosure in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. Mineral Point Consulting LLC is a Wyoming limited liability company with one member. Its sole member is an individual domiciled in Wisconsin.

2. Fredrikson & Byron is counsel of record and will appear for Mineral Point Consulting LLC in this action.

Dated: June 17, 2025

*/s/ Mark Vyvyan*
Mark W. Vyvyan (#1024299)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street
Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
mvyvyan@fredlaw.com

*Attorney for Plaintiff*